United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDY HARTMANN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ZACHARY ALAN CAMERON, et al.,<br>　　　　Defendants. | Case No. 16-CV-02456-LHK<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 17 |

Plaintiffs' request to continue the initial case management conference to October 5, 2016 is GRANTED. Plaintiffs shall file their motion for default judgment by July 29, 2016.

**IT IS SO ORDERED.**

Dated: June 28, 2016

_____
LUCY H. KOH
United States District Judge